IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSEPHINE MASUKU, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| BANK OF AMERICA, N.A. as | § | |
| successor by merger to Lasalle | § | CIVIL ACTION NO. H-11-1443 |
| Bank, N.A. as Trustee for | § | |
| Structured Asset Securities | § | |
| Corporation Mortgage Pass- | § | |
| Through Certificates, Series | § | |
| 2005-NCI, and BARRETT DAFFIN | § | |
| FRAPPIER TURNER & ENGEL, L.L.P., | § | |
| | § | |
| Defendants. | § | |

### FINAL JUDGMENT

It is **ORDERED, ADJUDGED, AND DECREED** that, pursuant to the Memorandum Opinion and Order of today granting Defendant Barrett Daffin Frappier Turner & Engel, LLP's Motion for Summary Judgment and Bank of America, N.A.'s Motion for Summary Judgment, all claims brought in this suit by Josephine Masuku are **DISMISSED with prejudice**.

Costs are taxed against the plaintiff.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 14th day of August, 2012.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE