IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSEPHINE MASUKU, | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| BANK OF AMERICA, N.A. as successor by merger to Lasalle Bank, N.A. as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2005-NCI, and BARRETT DAFFIN FRAPPIER TURNER & ENGEL, L.L.P., | § § § § § § § § § § | CIVIL ACTION NO. H-11-1443 |
| Defendants. | § § § | |

## FINAL JUDGMENT

It is **ORDERED, ADJUDGED, AND DECREED** that, pursuant to the Memorandum Opinion and Order of today granting Defendant Barrett Daffin Frappier Turner & Engel, LLP's Motion for Summary Judgment and Bank of America, N.A.'s Motion for Summary Judgment, all claims brought in this suit by Josephine Masuku are **DISMISSED with prejudice**.

Costs are taxed against the plaintiff.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 14th day of August, 2012.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE